UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              Case No. 11-20564

D-6 CARL LEE JONES,                        Hon. John Corbett O'Meara

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION TO SUPPRESS STATEMENT

      Before the court is Defendant's motion to suppress the statement he made to the FBI on September 26, 2011. The government opposes Defendant's motion. The court held an evidentiary hearing on the motion on September 11, 2012. At the hearing, the evidence demonstrated that Defendant was read his Miranda rights at the time of his arrest by Officer King. Further, the evidence showed that Defendant made his statement voluntarily, after being informed of his rights. The court finds no basis to suppress Defendant's statement.

      Accordingly, IT IS HEREBY ORDERED that Defendant's motion to suppress is DENIED.

                                                      s/John Corbett O'Meara
                                                        United States District Judge

Date: September 20, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 20, 2012, using the ECF system.

                                              <u>s/William Barkholz</u>
                                              Case Manager